162 P.3d 1

# SUPREME COURT OF HAWAI'I

State v. Tunoa ................... 27756     07/12/2007  Denied     113 Hawai'i 393,
                                                                    153 P.3d 464